# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### December 5, 2008

| | | |
|---|---|---|
| 28974 | State v. Ganiron | Affirmed |
| 28648 | Tani v. Plastic Pilings, Inc. | Affirmed |

### December 12, 2008

| | | |
|---|---|---|
| 28649 | State v. Ioane | Affirmed |

### December 15, 2008

| | | |
|---|---|---|
| 28212 | Branco v. State | Affirmed |

### December 16, 2008

| | | |
|---|---|---|
| 28725 | E.L-W., In re | Affirmed |

### December 17, 2008

| | | |
|---|---|---|
| 29022 | M.M., In re | Affirmed |

### December 22, 2008

| | | |
|---|---|---|
| 28617 | State v. Hussein | Affirmed |
| 28850 | State v. Kelly | Affirmed |

### December 23, 2008

| | | |
|---|---|---|
| 28681 | State v. Tanaka | Affirmed |

### December 26, 2008

| | | |
|---|---|---|
| 28573, 28587, 28588 | "T" Children, In re | Affirmed |

### December 29, 2008

| | | |
|---|---|---|
| 28829 | State v. Peralta | Affirmed |

### December 30, 2008

| | | |
|---|---|---|
| 28803 | Ragasa v. Fred Lau Hawaiian Landscape Co., Inc. | Affirmed |

### December 31, 2008

| | | |
|---|---|---|
| 28876 | C.S., In re | Affirmed |
| 28984 | Moran v. Stephen | Affirmed in Part, Vacated in Part and Remanded |
| 28069 | O'Connor v. Hartford Underwriters Ins. Company/Pacific Ins. Co., Ltd. | Dismissed and Vacated |
| 28747 | State v. Bousman | Affirmed |
| 28685 | State v. Kahalewai | Affirmed |
| 27511 | State v. Stenger | Vacated and Remanded |